IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRIAD AT JEFFERSONVILLE I,   *
LLC, et al.,
                               *
       Plaintiffs
                               *   Case No. _____

v.
                               *

MICHAEL O. LEAVITT, et al.,
                               *
       Defendants
                               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFFS' RULE 7.1 DISCLOSURE CERTIFICATE

      I, the undersigned, counsel of record for Plaintiffs Triad at Jeffersonville I, LLC, Triad at LaGrange I, LLC, Triad at Lumber City I, LLC, Triad at Powder Springs I, LLC, and Triad at Thomasville I, LLC (collectively "Triad or Plaintiffs"), certify that to the best of my knowledge and belief all five Plaintiffs are privately held companies with their principal place of business located at 10 Roswell Street, Suite 210, Alpharetta, GA 30004. Triad does not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

      These representations are made in order that judges of this court may determine the need for recusal.

                                                _____
                                                Jack C. Tranter, Bar No. MD 00310
                                                Thomas C. Dame, Bar No. MD 08352
                                                Gallagher Evelius & Jones LLP
                                                218 N. Charles Street, Suite 400
                                                Baltimore, MD 21201-4033
                                                (410) 727-7702

                                                Attorneys for Plaintiffs