**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TRIAD AT JEFFERSONVILLE I, LLC *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:08cv00329 (CKK) ) ) |
| MICHAEL O. LEAVITT *et al.*, | ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Wendy Ertmer will appear in the above-captioned matter as primary counsel for the defendants – the United States Department of Health and Human Services ("HHS"), the Centers for Medicare and Medicaid Services ("CMS"), Michael O. Leavitt, Secretary of HHS, in his official capacity, and Kerry N. Weems, Administrator of CMS, in his official capacity.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

SHEILA M. LIEBER
Deputy Director
Federal Programs Branch

s/ Wendy M. Ertmer
WENDY M. ERTMER
DC Bar No. 490228
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue NW, Room 7218
Washington, DC 20530
Telephone: (202) 616-7420
Fax: (202) 616-8470
Email: wendy.ertmer@usdoj.gov

*Counsel for Defendants*

Dated: February 27, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2008, a copy of the foregoing pleading was filed electronically via the Court's ECF system and sent by email to the following counsel of record:

| | |
|---|---|
| Jack C. Tranter | jtranter@gejlaw.com |
| Thomas C. Dame | tdame@gejlaw.com |

                                          s/ Wendy M. Ertmer
                                          WENDY M. ERTMER