IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRIAD AT JEFFERSONVILLE I, LLC, et al., | * | |
| | * | |
| Plaintiffs | | |
| | * | Case No. 08-00329 |
| v. | | |
| | * | |
| MICHAEL O. LEAVITT, et al., | | |
| | * | |
| Defendants | | |
| | * | |

**STIPULATION OF PARTIES CONCERNING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Plaintiffs Triad at Jeffersonville I, LLC, Triad at LaGrange I, LLC, Triad at Lumber City I, LLC, Triad at Powder Springs I, LLC, and Triad at Thomasville I, LLC and Defendants United States Department of Health and Human Services ("HHS"), Michael O. Leavitt, solely in his official capacity as Secretary of HHS, the Centers for Medicare and Medicaid Services ("CMS"), and Kerry N. Weems, solely in his capacity as Administrator, by their respective undersigned counsel, hereby stipulate and agree as follows:

1. On February 26 and 27, 2008, the parties engaged in discussions with the Court, and between themselves, concerning, among other things, whether there exists a continuing need for Plaintiffs to prosecute their Motion For Temporary Restraining Order And/Or Preliminary Injunction (the "Injunction Motion").

2. In light of those discussions, and in consideration of the agreements set forth herein, Plaintiffs hereby withdraw, without prejudice, the Injunction Motion. In lieu of seeking

# 349970 TCD
011397-0019

the Court's consideration of the Injunction Motion, Plaintiffs will file a motion for summary judgment pursuant to a briefing schedule to be established by the Court.

    2.    In consideration of the agreements set forth herein, Defendants agree that CMS shall continue to make Medicare reimbursement payments to Plaintiffs, without interruption, until the Court renders its decision on the merits in this matter.

    Respectfully Submitted,

---

Jack C. Tranter, Bar No. MD 00310
Thomas C. Dame, Bar No. MD 08352
GALLAGHER EVELIUS & JONES LLP
218 N. Charles Street, Suite 400
Baltimore, MD 21201-4033
(410) 727-7702

Attorneys for Plaintiffs

---

Wendy M. Ertmer
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 616-7420

Attorneys for Defendants