UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRIAD AT JEFFERSONVILLE I, LLC, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>MICHAEL O. LEAVITT, *et al.*<br><br>　　　　　Defendants. | Civil Action No. 08-329 (CKK) |

**ORDER**
(February 28, 2008)

　　　　The Court held two conference calls on the record with the Parties on February 26, 2008, and February 27, 2008, respectively. Based on those discussions and the Parties' Stipulation filed on February 28, 2008, it is, this 28th day of February, 2008, hereby

　　　　**ORDERED** that the Parties shall comply with the following schedule:

•　　　　Plaintiffs shall file a Motion for Summary Judgment on or before **March 3, 2008**;

•　　　　Defendants shall file an Opposition to Plaintiff's Motion for Summary Judgment and a Cross-Motion for Summary Judgment on or before **March 17, 2008**;

•　　　　Plaintiffs shall file an Opposition to Defendant's Cross-Motion for Summary Judgment and a Reply to Defendant's Opposition on or before **March 31, 2008**;

•　　　　Defendants shall file a Reply to Plaintiff's Opposition on or before **April 7, 2008**; and

•　　　　Defendants shall forego recoupment of the alleged Medicare overpayment until the Court renders its decision on the merits in this matter, or **May 2, 2008**, whichever occurs first.

It is further

　　　　**ORDERED** that Parties shall comply **fully** with Local Civil Rules 7(h) and 56.1. The Court strictly adheres to the dictates of these local rules and may strike pleadings not in

conformity therewith.  *See Burke v. Gould*, 286 F.3d 513, 519 (D.C. Cir. 2002).

A party responding to a statement of material facts must respond to each paragraph with a correspondingly numbered paragraph, indicating whether that paragraph is admitted or denied.  The responding party should include any information relevant to its response in that paragraph.  If the responding party has additional facts that are not addressed in the corresponding paragraphs, the responding party should include these at the end of its responsive statement of facts.  At all points, parties must furnish precise citations to the portions of the record on which they rely.

Additionally, each submission must be accompanied by a table of cases and other authority cited therein.   The parties are strongly encouraged to carefully review *Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner, et. al.*, 101 F.3d 145 (D.C. Cir. 1996), on the subject of Local Civil Rule 7, formerly Rule 108(h) (which is the same as rule 56.1).  The Court assumes facts identified by the moving party in its statement of material facts are admitted, unless such a fact is controverted in the statement of genuine issues filed in opposition to the motion.  LCvR 7(h), 56.1.

**SO ORDERED.**


Date: February 28, 2008

                                                                          /s/
                                                                          **COLLEEN KOLLAR-KOTELLY**
                                                                          United States District Judge