IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRIAD AT JEFFERSONVILLE I, LLC, *
*et al.*,                                                  *

      Plaintiffs             *    Case No. 08-00329

v.                                                       *

MICHAEL O. LEAVITT, *et al.*,    *

      Defendants           *

## **NOTICE OF APPEARANCE**

Notice is hereby given that Thomas C. Dame enters his appearance in the above-captioned case as counsel for Plaintiffs Triad at Jeffersonville I, LLC, Triad at LaGrange I, LLC, Triad at Lumber City I, LLC, Triad at Powder Springs I, LLC, and Triad at Thomasville I, LLC.

          /s/     Thomas C. Dame
Thomas C. Dame, Bar No. MD 08352
Jack C. Tranter, Bar No. MD 00310
GALLAGHER EVELIUS & JONES LLP
218 N. Charles Street, Suite 400
Baltimore, MD  21201-4033
Phone:  (410) 727-7702
Fax:     (410) 837-0454
Email:  tdame@gejlaw.com

Attorneys for Plaintiffs

February 28, 2008

# 350025 TCD
011397-0019

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2008, a copy of the foregoing Notice of Appearance was filed electronically via the Court's ECF system and sent by email to the following:

wendy.ertmer@usdoj.gov

                                            /s/   Thomas C. Dame
                                            Thomas C. Dame