UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRIAD AT JEFFERSONVILLE I, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, *et al*. <br><br> Defendants. | Civil Action No. 08-329 (CKK) |

**ORDER**
(April 21, 2008)

Based on the reasoning set forth in an accompanying memorandum opinion, it is, this

21st day of April, 2008, hereby

**ORDERED** that Plaintiffs' [9] Motion for Summary Judgment is DENIED; it is further

**ORDERED** that Defendants' [10] Motion to Dismiss, or in the alternative, Motion for

Summary Judgment is GRANTED; it is further

**ORDERED** that Plaintiffs' [12] Motion for Leave to File an Amended Complaint is

DENIED; and it is further

**ORDERED** that this case shall be dismissed in its entirety.

*This is a final, appealable order.*

                                        /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge