UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRIAD AT JEFFERSONVILLE I, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, *et al*.<br><br>    Defendants. | Civil Action No. 08-329 (CKK) |

**ORDER**
(June 2, 2008)

Based on the reasons set forth in an accompanying memorandum opinion, it is, this 2nd day of June, 2008, hereby

**ORDERED** that Plaintiffs' [18] Motion to Alter or Amend Judgment is DENIED.

*This is a Final, Appealable Order.*

                                                                  /s/
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge